IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GC FINANCE, LLC[1]       )
                         )   No. 3:06-0913
v.                       )
                         )
OLD REPUBLIC NATIONAL TITLE  )
INSURANCE COMPANY        )

**O R D E R**

The parties' joint motion to ascertain status (Docket Entry No. 49) is GRANTED. By contemporaneously entered order, the Court has granted the defendant's motion to alter or amend (Docket Entry No. 46).

As a result, the plaintiff's motion for partial summary judgment (Docket Entry No. 50), and the defendant's motion to strike (Docket Entry No. 54) are DENIED.

However, as a housekeeping matter, the plaintiff's motion for leave to file a reply (Docket Entry No. 59) is GRANTED.

The Clerk is directed to file and docket the plaintiff's reply (Docket Entry No. 59-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Governor's Club Property Owners Association was originally a plaintiff in this lawsuit, but by stipulation filed November 6, 2007 (Docket Entry No. 23), and order entered November 13, 2007 (Docket Entry No. 24), the claims brought by The Governor's Club Property Owners Association were dismissed, and GC Finance, LLC became the sole remaining plaintiff.